# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: **M-21-524-STE**

Charging Document: **Complaint**   No. of Defendants: **9**   Total No. of Counts: **1**   Sealed: Y ☑

Forfeiture: Y ☐   OCDETF: Y ☑   McGirt: Y ☐   Warrant ☑   Summons ☐   Notice ☐   N ☐
N ☑   N ☐   N ☑   Companion Case No. (if any): _____

## DEFENDANT INFORMATION:
By: **lcn**

| Name: **JEROME THOR CAMPBELL** |
|---|

| Alias(es): Thor / Tulsa / Old School | Address: |
| | FBI No.: |

| DOB: XX-XX-1960 | SSN: XXX-XX-4811 | Race: White | Interpreter: Y ☐   N ☑ |
| Sex: M ☑   F ☐ | Juvenile: Y ☐   N ☑ | Language/Dialect: English | |

## DEFENDANT STATUS/RECOMMENDATION:

☑ Not in Custody          ☑ Detention Requested
☐ Type of Bond: _____
☐ In Custody at: _____
   Inmate/Prisoner/Register No.: _____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

Complaint:   Y ☐   N ☑

Magistrate Judge Case No.: MJ-

Previously Detained:   Y ☐   N ☑

## ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name: _____
☐ CJA Panel         Address: _____
☐ Retained          Phone: _____

AUSA: __Thomas Snyder__
Agent /Agency: __HSI__
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

Signature of AUSA: s/ THOMAS B. SNYDER          Date: 9/8/2021

3/21