**COURTROOM MINUTE**
**INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT**

CASE NO. __M-21-524-STE__   DATE _9/22/2021_   TIME: 15 minutes

UNITED STATES OF AMERICA vs __JEROME THOR CAMPBELL__

MAGISTRATE JUDGE GARY M. PURCELL     DEPUTY CARRIE JAMES

PLF CNSL _THOMAS SNYDER_     DFT CNSL _J.P. HILL_
                                                                CJA
PT SERVICES _JONATHAN SHETH/JOYCLIN JAKSONS_   INTERPRETER _____

__X__ **Defendant** appears, custody of USM, with Counsel.   _in Ctrm 201, 3:00   P.M._
__X__ **Defendant** states his/her true name ____SAME_____ Age _61_
__X__ **Defendant informed** of Complaint and of any affidavit filed therewith.
__X__ **Defendant advised** of his/her right of consular notification.
__X__ **Court** inquires of Plaintiff regarding notifying victim(s) of their rights.
__X__ **Defendant informed** that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.
_____ **Government recommends** Defendant be released on bond.
__X__ **Parties informed of FRCrP 5(f) obligation under *Brady* and possible consequences.**
_____ Govt recommends Dft be released on _____ bond / detained based on risk of flight and/or danger to the community and requests a ____-day continuance / is ready to proceed with the detention hearing. Upon motion of the Govt and request for continuance by (both) Govt & Dft, **detention hearing is set for** _____
_____ **Defendant waives** right to detention hearing. Waiver of Detention Hearing and Consent to Order of Detention Pending Further Proceedings entered.   Detention Order entered.
_____ **Defendant requests the Detention Hearing be postponed** at this time reserving the right to request a hearing at a later date should Defendant be released from current hold / sentence.
__X__ **Defendant informed of right to a Preliminary Hearing, which was held on 9/15/2021 in Northern District of Oklahoma.**
_____ Preliminary hearing waived.   Written waiver entered.
_____ Preliminary and/or Detention hrg set _____.
_____ The Court finds good cause to exceed the 3 and 5-day time limits provided by te Bail reform Act. A Detention Hearing will not be held at this time based upon Dfts federal hold/sentence (in this or other jurisdictions). Should Dft be released from the hold/sentence, a Detention Hearing will be promptly held upon request of either party.
_____ Defendant temporarily detained on showing of good cause pending Preliminary/Detention Hrg. Written Order entered.
_____ Defendant released on previously posted bond w/conditions per Release Order.
_____ Bond set at_____ with conditions per Release Order as Court finds that the release of the Dft on a P.R. bond or an unsecured appearance bond would not reasonably assure the Dfts appearance in court as required and the safety of the community.
_____ Defendant remanded to custody of USM pending execution of bond.
__X__ Defendant remanded to custody of USM.
__X__ Defendant detained per Detention Order entered on 9/15/2021 by Judge Huntsman (Northern District of Oklahoma.